IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN F. STOLZTFUS | : | CIVIL ACTION |
| v. | : | |
| MICHAEL J. ASTRUE | : | NO. 11-6056 |

ORDER

AND NOW, this 1st day of May, 2013, upon consideration of plaintiff's Brief and Statement of Issues in Support of Request for Review (Docket No. 11), the defendant's response, the plaintiff's reply thereto, and after oral argument on June 20, 2012, and further memoranda of the parties, IT IS HEREBY ORDERED for the reasons stated in the Memorandum of Law filed on this same day that the Commissioner of Social Security's decision is reversed and the Social Security Administration will waive the recovery of the overpayment to plaintiff John F. Stolztfus.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.